**Opinion issued December 23, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-01051-CV

———————————

## IN RE YOSHIRA CUELLAR, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Yoshira Cuellar, acting pro se, has filed a petition for writ of mandamus compelling the trial court to "reduce its October 7, 2024 Partial Rendition to a written, signed order."[1] We deny the petition. Any pending motions are dismissed as moot.

---

[1]   The underlying case is *In the Matter of the Marriage of Pablo Alejandro Jordan and Yoshira Cuellar*, cause number 2022-11958, pending in the 308th District Court of Harris County, Texas, the Honorable Gloria E. Lopez presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.